**Steven J. GRAHAM and Michelle Graham, Appellants,**

v.

**BANK MIDWEST, Respondent.**

**No. WD 52388.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1996.

David H. Cook, Independence, for appellants.

Jay Shadwick, Kansas City, for respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

Steven and Michelle Graham appeal the summary judgment entered in favor of Bank Midwest in its action on promissory notes. Affirmed. Rule 84.16(b).

**In the Interest of G.C.P., a juvenile.**

**No. WD 51986.**

Missouri Court of Appeals,
Western District.

Nov. 12, 1996.

Ronald Bartlett, Columbia, for appellant.

Maureen Monaghan, Asst. Pros. Atty., Boone County, Columbia, for respondent.

Before SPINDEN, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM.

G.C.P. appeals the circuit court's order finding that he committed sodomy. He challenges the sufficiency of the evidence to support the court's decision. Affirmed. Rule 30.25(b).